UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60350-CR-COHN/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PROSPERE VERNET, et al.

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Aldrian Bowe's** Motion to Excuse Attendance at Status Conference (DE 299), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant Aldrian Bowe and counsel Hilliard Moldof are excused from the Status Conference currently set for July 5, 2007 @ 11:30 a.m.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of July, 2007.

*/s/ Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**UNITED STATES v. PROSPERE VERNET, et al.**

**CASE NO. 06-60350-CR-COHN/Snow**

```
AUSA Julia Vaglienti (FTL)
James Stewart, Esq. (D-Vernet)
Howard Schumacher, Esq. (D-Pubien)
Larry Handfield, Esq. (D-Baptiste, Gary & Kevin)
Marc Seitles, Esq. (D-Monestine)
Juan Gonzalez, Esq. (D-Aguilar)
Richard Geraci, Esq. (D-Aguste)
Mitchell Polay, Esq. (D-Aurelhomme)
Hilliard Moldof, Esq. (D-Bowe)
Jeffrey Glass, Esq. (D-Canestra)
Joel DeFabio, Esq. (D-Guillaume)
David Smith, Esq. (D-Hilton)
Russell Williams, Esq. (D-Jeanis)
Ruben Garcia, Esq. (D-LaGuerre)
Emmanuel Perez, Esq. (D-Monestine)
AFPD Sam Smargon (FTL) (D-Parry)
Robert Stickney, Esq. (D-Sainvil)
```